**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Angel Jet Services, LLC, individually and as assignee of Jane Doe,<br><br>Plaintiff,<br><br>vs.<br><br>Giant Eagle, Inc., individually and as Plan Administrator of Giant Eagle Group Health Insurance; Giant Eagle Group Health Insurance,<br><br>Defendants. | No. CV 09-01489-PHX-MHM<br><br>**ORDER** |

Currently before the court is Defendants' Motion to Dismiss for Lack of Personal Jurisdiction (Dkt.#15). Defendants contend that they lack sufficient minimum contacts to be subject to suit in Arizona. (Dkt.#15) Plaintiff opposes this motion by contending that because Plaintiff's claim is based on ERISA, as long as Defendants have sufficient contacts with the United States, suit may be brought without regard to minimum contacts with the forum state. (Dkt. #19 at 9) Defendants reply by arguing that there is no evidence of the alleged assignment that would theoretically confer standing upon Angel Jet to assert the rights of the insured. (Dkt.#21) Specifically, Defendants explain that "although Angel Jet has alleged that it obtained a written assignment from Mrs. Seibel, both in the Complaint and in the Declaration of Jeremy Freer, it did not attach it to the Complaint or the Declaration. Moreover, despite Giant Eagle's request, Angel Jet has refused to produce the assignment

document to Giant Eagle." (Dkt.#21 at 3) Whether an assignment exists bears directly on Angel Jet's standing to assert an ERISA claim, which in turn, bears directly on the Court's analysis of the requirements for personal jurisdiction over Defendants.

**Accordingly,**

**IT IS HEREBY ORDERED** directing Angel Jet to produce the alleged assignment to Defendants forthwith. Wells Fargo & Co. v. Wells Fargo Exp. Co., 556 F.2d 406, 430 n.24 (9th Cir. 1977) (explaining that "a court may allow discovery to aid in determining whether it has in personam or subject matter jurisdiction").

**IT IS FURTHER ORDERED** directing the parties to meet and confer and to jointly submit a statement regarding their respective positions regarding the validity of the alleged assignment no later than March 8, 2010.

DATED this 3rd day of March, 2010.

_____
Mary H. Murguia
United States District Judge